# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE V. ROBERSON, | Case No. 1:23-cv-01227-SKO |
| Plaintiff, | |
| v. | **ORDER TRANSFERRING CASE** |
| ROXANNE GONZALES, | |
| Defendant. | |

Plaintiff Maurice V. Roberson, a civil detainee proceeding *pro se*, filed this civil action on August 14, 2023, alleging the improper release of confidential records from the Department of State Hospitals—Coalinga. (Doc. 1.) Plaintiff also filed a motion to proceed *in forma pauperis*. (Doc. 2.)

The Court has reviewed the complaint, and Plaintiff names a defendant that is employed in the Fresno Clerk's office.

Local Rule 120(f) states: "Whenever in any action the Court finds upon its own motion, motion of any party, or stipulation that the action has not been commenced in the proper court in accordance with this Rule, or for other good cause, the Court may transfer the action to another

venue within the District."

Here, given that Plaintiff's complaint names a defendant that is employed in the Fresno Clerk's office, good cause exists to transfer this action from the Fresno Division to the Sacramento Division.

Accordingly, IT IS HEREBY ORDERED that:

1. This case is transferred to the Sacramento Division of the United States District Court for the Eastern District of California; and

2. All future filings shall refer to the new Sacramento case number assigned and shall be filed at:
   United States District Court
   Eastern District of California
   501 "I" Street, Suite 4-200
   Sacramento, CA 95814

Plaintiff's motion to proceed *in forma pauperis* (Doc. 2) remains pending.

IT IS SO ORDERED.

Dated:  **November 8, 2023**                    /s/ *Sheila K. Oberto*
                                                 UNITED STATES MAGISTRATE JUDGE

2