UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE V. ROBERSON,<br><br>    Plaintiff,<br><br>    v.<br><br>ROXANNE GONZALES,<br><br>    Defendant. | Case No. 2:23-cv-02582-KJM-JDP (PC)<br><br>**ORDER**<br><br>DENYING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS* AS MOOT AND DIRECTING THE CLERK OF COURT TO CLOSE THIS ACTION<br><br>ECF Nos. 2 & 12 |

    Plaintiff has filed a motion seeking to voluntarily dismiss this action, which the court construes as a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).[1] ECF No. 12. In light of that notice, it is hereby ORDERED that:

    1. Plaintiff's motion to voluntarily dismiss this action, ECF No. 15, is construed as a notice of voluntary dismissal.

    2. Plaintiff's motion to proceed *in forma pauperis*, ECF No. 2, is denied as moot.

    3. The Clerk of Court is directed to close this case.

---

[1] Plaintiff requests that case number 1:23-cv-1227-SKO be dismissed, but pursuant to the court order at ECF No. 12, that case number was changed to 2:23-cv-2582-KJM-JDP when this action as transferred to the Sacramento Division from the Fresno Division of the Eastern District.

IT IS SO ORDERED.

Dated:   January 9, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE